**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS' PENSION TRUST FUND, *et al.*, | § | |
| Plaintiffs, | § | CIVIL CASE NO. H-07-0442 |
| | § | |
| v. | § | |
| | § | |
| JAMES E. VAN METER, JR., *et al.*, | § | |
| Defendants. | § | |

## DISMISSAL ORDER

It is hereby **ORDERED** that Plaintiff's Motion to Dismiss [Doc. # 4] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

SIGNED at Houston, Texas, this 2nd day of **March, 2007**.

Nancy F. Atlas
United States District Judge